**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE KAUFMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>PACIFIC MARITIME ASSOCIATION,<br><br>            Defendant.        / | No. C 05-02369 CRB<br><br>**ORDER OF DISMISSAL** |

      Plaintiff filed this action in pro se.  Defendant moved to dismiss for failure to state a claim.  The Court granted defendant's motion.  Although plaintiff did not appear at the hearing, the Court granted plaintiff leave to amend.  Plaintiff filed an amended complaint and defendant again moved to dismiss for failure to state a claim.  Plaintiff did not file an opposition and did not appear at the hearing.  The Court accordingly issued an order to show cause why this action should not be dismissed for want of prosecution.

      Plaintiff appeared at the show cause hearing.  The Court directed plaintiff that if he wanted to prosecute this action he must file an amended complaint by November 30, 2005.  As of the date of this Order he has not filed an amended complaint and has not otherwise communicated with the Court.  Accordingly, this action is DISMISSED pursuant to Federal

//

//

1 | Rule of Civil Procedure 41 for lack of prosecution.
2 | **IT IS SO ORDERED.**
3 |
4 | Dated: January 20, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE